**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **ASHANTI R. WOODS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | No. 4:07CV1972-DJS |
| ) | |
| **MICHAEL J. ASTRUE,** ) | |
| Commissioner of Social Security, ) | |
| ) | |
| **Defendant.** ) | |

### ORDER

Upon careful consideration of the report and recommendation of the United States Magistrate Judge issued on February 2, 2009, and the lack of objections thereto,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation [Doc. #21] is accepted and adopted.

Dated this __24th__ day of February, 2009.

/s/Donald J. Stohr
UNITED STATES DISTRICT JUDGE